# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-00342-01-CR-W-DGK |
| | ) | |
| SANTIAGO ALMAZAN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence and Statements With Suggestions (Doc. 12), the Government's Suggestions in Opposition (Doc. 14), United States Magistrate Judge Robert E. Larsen's Report and Recommendation To Deny Defendant's Motion to Suppress Evidence (Doc. 25) and Defendant's Objections to the Magistrate's Report and Recommendation (Doc. 26).

After carefully reviewing the Magistrate's reports and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's motion to suppress is hereby DENIED.

**IT IS SO ORDERED**

Date:  March 12, 2008                               /s/ Greg Kays
                                                    GREG KAYS, JUDGE
                                                    UNITED STATES DISTRICT COURT